**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RODNEY A. CAMPBELL,                              )
                                                 )
                 Plaintiff,                      )
                                                 )
        v.                                       )        No. 4:26-cv-162-AGF
                                                 )
ST. CHARLES COUNTY, MO, et al.,                  )
                                                 )
                 Defendants.                     )

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Plaintiff Rodney A. Campbell's Application to Proceed in District Court Without Prepaying Fees or Costs. ECF No. 3. In the Application, Plaintiff states that he is incarcerated in St. Charles County jail and has no income. *Id*. Since filing the Application, Plaintiff has been released from jail. *See Campbell v. St. Charles County*, Case No. 4:26-cv-812-JSD (E.D. Mo.) at ECF 3. Thus, the information originally provided by Plaintiff may no longer be accurate. His release from jail significantly changes Plaintiff's potential to earn money and requires more information to the Court. Therefore, the Application will be denied, and Plaintiff will be directed to either file a new Application to Proceed in District Court Without Prepaying Fees or Costs with updated financial information or pay the full $405 filing fee within **21 days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Petitioner must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order.

**IT IS FURTHER ORDERED** that if Petitioner fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 17th day of June, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2